**658**

No. 517. SIROCCO COMPANY *v.* MIAMI. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Sol A. Rosenblatt* for petitioner. *Mr. John W. Watson, Jr.* for respondent.

No. 519. CAMDEN FIRE INSURANCE ASSN. *v.* SUNDQUIST, ADMINISTRATRIX. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Herbert W. Hirsh* for petitioner. *Mr. Harry C. Heyl* for respondent.

No. 521. DARLING STORES CORP. *v.* YOUNG REALTY Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Eugene F. Roth* and *George Cosson* for petitioner. *Mr. Vincent Starzinger* for respondent.

No. 522. HERCULES MINING Co. *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John H. Wourms* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Misses Helen R. Carloss* and *Louise Foster* for the United States.

No. 528. OHIO OIL Co. ET AL. *v.* THOMPSON, TRUSTEE, ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Thos. H. Cobbs, Craig Van Meter, Wm.*

*H. Armstrong,* and *Fred H. Kelly* for petitioners. *Mr. Thomas T. Railey* for respondents.

No. 534. HALL *v.* GEORGIA. October 13, 1941. Petition for writ of certiorari to the Court of Appeals of Georgia denied. *Mr. Augustus M. Roan* for petitioner.

No. 537. KENT *v.* ROTHENSIES, COLLECTOR OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Robert H. Montgomery, James O. Wynn, Thomas G. Haight, Leighton P. Stradley, J. Marvin Haynes, Chester J. McGuire,* and *George G. Tyler* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Arnold Raum* and *J. Louis Monarch* for respondent.

No. 538. SOUTHARD *v.* JACKSON, WARDEN. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Thomas Marshall* for petitioner. *Mr. Herbert J. Rushton,* Attorney General of Michigan, for respondent.

No. 539. WHITE *v.* STEINMAN, TRUSTEE, ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John P. McGrath* for petitioner. *Mr. Harry H. Schutte* for Irving Steinman, Trustee, respondent.